IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JIMMY RAMIREZ,

                Plaintiff,                           ORDER

    v.
                                                          14-cv-389-wmc

WARDEN BRIAN FOSTER,
OFFICER STONE, FORMER WARDEN
MICHAEL BAENEN, MRS. ZWEIRS,
RN ALSTEEN, RN LaCLAIRE, FOOD
SERVICE MANAGER BASTEN and
FOOD SERVICE MANAGER REIMER,

                Defendants.

---

    Plaintiff Jimmy Ramirez is an inmate incarcerated by the Wisconsin Department of Corrections. Ramirez has filed this civil action under 28 U.S.C. § 1983, concerning the conditions of his confinement at the Green Bay Correctional Institution, where he is presently assigned. In particular, Ramirez contends that he was injured while working in the Food Service Department at GBCI, where all of the defendants are employed.

    Because the incident giving rise to the complaint occurred at GBCI, where plaintiff is currently in custody, meaning that this case should have been brought in the Eastern District of Wisconsin. 28 U.S.C. §§ 130(a), 1391(b). Because plaintiff and all of the defendants are located in or near Green Bay, the court will exercise its authority under 28 U.S.C. §§ 1404(a), 1406(a), and transfer this case to the Eastern District of Wisconsin.

ORDER

IT IS ORDERED that this case is transferred to the United States District Court for the Eastern District of Wisconsin.

Entered this 21st day of July, 2014.

BY THE COURT:

WILLIAM M. CONLEY
District Judge